Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001389
27-MAY-2015
01:23 PM

NO. CAAP-14-0001389

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the LXS 2006-16N,
Plaintiff-Appellee,
v.
JAMES JOSEPH FRANCO and EDNA ARDALES FRANCO,
Defendants/Counterclaim-Plaintiffs/Third-Party
Plaintiffs/Appellants,
and
BANK OF AMERICA, N.A.,
HAWAIIAN PARADISE PARK OWNERS ASSOCIATION,
Defendants-Appellees,
and
ONEWEST BANK, F.S.B., et al.,
Third-Party Defendants/Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50,
DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-0627)

ORDER OF CORRECTION
(By: Foley, Presiding Judge, for the court[1])

The Order filed on May 27, 2015, is hereby corrected as
follows.  On page 4, item "3" of the order, in the second line,

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.)

"December 21, 2014" is corrected to "December 31, 2014", such that the corrected paragraph states:

**(3) The clerk of the Circuit Court of the Third Circuit shall, in light of Judge Reifurth's December 31, 2014 order granting the Franco Appellants' December 26, 2014 request to proceed in forma pauperis in appellate court case number CAAP-14-0001389 (of which this court takes judicial notice), file the record on appeal for Civil No. 13-1-0627 in the new appellate court case without requiring any prepayment of any filing or docketing fee.**

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, May 27, 2015.

FOR THE COURT:

Presiding Judge